ORIGINAL



FILED

06/19/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0256

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0256

_____

STATE OF MONTANA,

    Plaintiff and Appellee,

v.

CHARLES DAVID AMENT,

    Defendant and Appellant.

ORDER

FILED

JUN 19 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

_____

Self-represented Appellant Charles David Ament has filed a pleading titled, "Motion to Refile Appeal in DC-22-310 as Opening Brief in Supreme Court no. DA 24-0256[.]" We note that with his April 25, 2024 Notice of Appeal, Ament included a five-page, handwritten statement moving to dismiss his conviction.

Upon review, it appears that Ament seeks to file a different pleading instead of an opening brief. We addressed a similar tactic in a May 3, 2024 Order, when we denied Ament's motion for summary ruling on appeal because Ament, as an appellant, must file an opening brief. M. R. App. P. 12 and 13. We also stated then that Ament will receive a notice from the office of the Clerk of the Supreme Court when the transcripts have been received and filed.

On June 6, 2024, this Court received the electronic transcripts. Ament has thirty days from that date to file his opening brief. M. R. App. P. 13(1). Because the thirty-day-timeframe falls on Saturday, July 6, 2024, Ament may file his opening brief on or before July 8, 2024. This Court reiterates that Ament may file a motion for appointment of counsel in this appeal. Therefore,

IT IS ORDERED that Ament's Motion to Refile Appeal in DC-22-310 as Opening Brief in Supreme Court No. DA 24-0256 is DENIED. Failure to file an opening brief by July 8, 2024, or to file a motion of extension of time before that same deadline may result in dismissal of this appeal.

The Clerk is directed to provide a copy of this Order to counsel of record and to Charles David Ament personally.

DATED this 19th day of June, 2024.

For the Court,

By _____
Chief Justice